

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00904-CV |
| Style: | Gramercy Advisors, LLC, et al. |
| | **v** R.K. Lowry, Jr., et al. |
| Date motions filed[*]: | January 7, 2015 |
| Type of motions: | Sean F. O'Shea's motion for admission pro hac vice; Motion in support of Sean F. O'Shea's motion for admission pro hac vice |
| Party filing motions: | Sean F. O'Shea; Gramercy Advisors, LLC, Gramercy Asset Management, LLC, Gramercy Local Markets Recovery Fund, LLC, and Gramercy Financial Services, LLC |
| Document to be filed: | |

Is appeal accelerated?　　　No

Ordered that motions are:

    ☑　　Granted

        If document is to be filed, document due:

        ☐ The Court will not grant additional motions to extend time

    ☐　　Denied

    ☐　　Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐　　Other: _____


Judge's signature: /s/ Sherry Radack
        ☑ Acting individually　　　☐ Acting for the Court

Panel consists of _____

Date: January 15, 2015


November 7, 2008 Revision